| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Deck Barnett_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Leck Barnett   C. Date of Delivery: 3/2/07 |
| 1. Article Addressed to:<br><br>**Pemco World Air Services, Inc.**<br>**c/o Doris K. Sewell**<br>**1943 50th Street North**<br>**Birmingham, AL 35212**<br><br>07cv174  S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0004 9762 9428 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540