IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1632, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. |
| v. | ) ) | |
| | ) | 1:07-CV-174-WKW |
| PEMCO WORLD AIR SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's general Order No. 3047:

The following entities are hereby reported:

International Association of Machinists and Aerospace Workers, AFL-CIO-CLC

District 75, International Association of Machinists and Aerospace Workers

          Respectfully submitted,

          /s/Patrick K. Nakamura
          Patrick K. Nakamura, Esq.
          Counsel for
          International Association of Machinists and
          Aerospace Workers, Local 1632
          Alabama Bar No. ASB-1814-A64P

**NAKAMURA, QUINN & WALLS LLP**
Lakeshore Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209-6701
Telephone 205-802-1495
Facsimile  205-803-4143

Case 1:07-cv-00174-WKW-WC    Document 4    Filed 03/30/2007    Page 2 of 2