IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1632, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:07-CV-0174-WKW-WC |
| vs. ) ) | |
| PEMCO WORLD AIR SERVICES, INC, ) ) | |
| Defendant. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Defendant states that it is a wholly owned subsidiary of Pemco Aviation Group, Inc. Pemco Aviation Group, Inc. is a publicly traded corporation.

                                                                                      s/ Jeffrey A. Lee
Jeffrey A. Lee
Attorneys for Defendant Pemco
World Air Services, Inc.

OF COUNSEL:

Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
205.254.1000
FAX 205.254-1999

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patrick K. Nakamura
NAKAMURA, QUINN & WALLS, LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209
(205) 870-9989

                                                                      s/ Jeffrey A. Lee
                                                                  OF COUNSEL