IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| International Association of | ) | |
| Machinists and Aerospace Workers, | ) | |
| Local Lodge 1632, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:07-cv-00174-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| Pemco World Air Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' Joint Motion for Entry of Consent Final Judgment (Doc. # 12), it is ORDERED that the motion is GRANTED.  Judgment will be entered.

DONE this 5th day of February, 2008.

                        /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE